MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., Plaintiff–Appellant,

v.

SAMSUNG ELECTRONICS CO., LTD., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.L.C., Defendants–Appellees.

Matsushita Electric Industrial Co., Ltd., Plaintiff–Appellee,

v.

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.L.C., Defendants–Appellants.

No. 2007–1156, 2007–1171.

United States Court of Appeals, Federal Circuit.

July 5, 2007.

ON MOTION

*ORDER*

Upon consideration of Samsung Electronics Co., Ltd. et al.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal 2007–1171 is dismissed. The revised official captions are reflected above.

(2) Each side shall bear its own costs related to appeal 2007–1171.